UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-cv-xxxxxxx

GARFIELD SPENCE,

    *Plaintiff*,

vs.

U.S. DEPARTMENT OF EDUCATION,
OFFICE OF CIVIL RIGHTS,

    *Defendant*.

_____/

## NOTICE OF REMOVAL

    Defendant U.S. Department of Education, Office of Civil Rights ("USDOE") by and through the undersigned Assistant United States Attorney, files this Notice of Removal pursuant to 28 U.S.C. § 1442(a)(1), and, in support thereof, states the following:

    1.    On June 28, 2023, Plaintiff, Garfield Spence, filed a lawsuit against the USDOE in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, styled *Spence v. Office of Civil Rights*, Case No. COWE 23-01930.  The Complaint seeks "restitution in the amount of $364.70 . . . from the Office of Civil Rights for neglecting to defend the plaintiff against discrimination and emotional abuse." *Id*. at p. 6.

    2.    "A civil action . . . that is commenced in a State court and that is against or directed to [the United States or any agency thereof] may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending . . . ." 28 U.S.C. § 1442(a)(1).

3. Broward County is within the Southern District of Florida. Accordingly, pursuant to § 1442(a)(1), *Spence v. Office of Civil Rights*, Case No. COWE 23-01930 is removed to this Court.

4. By filing this removal, USDOE does not waive any of the defenses available under the Federal Rule of Civil Procedure, including, but not limited to, lack of subject matter jurisdiction and failure to state a claim.

5. Pursuant to S.D. Fla. Local Rule 7.1, true and legible copies of the following documents filed on the underlying Broward county court docket are attached hereto:

- Exhibit 1: Complaint
- Exhibit 2: Plaintiff's Application for Indigent Status
- Exhibit 3: Docket Report for *Spence v. Office of Civil Rights*, Case No. COWE 23-01930

WHEREFORE, USDOE removes the case of *Spence v. Office of Civil Rights*, Case No. COWE 23-01930, filed in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, from state court to federal court pursuant to 28 U.S.C. § 1442(a)(1).

Dated: July 24, 2023            Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:    *John S. Leinicke*
       JOHN S. LEINICKE
       ASSISTANT UNITED STATES ATTORNEY
       Fla. Bar No. 64927
       99 N.E. 4th Street, 3rd Floor
       Miami, Florida 33132
       Tel: (305) 961-9212
       E-mail: John.Leinicke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **July 24, 2023**, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  Pursuant to S.D. Fla. Local Rule 5.2(a), the foregoing document was also served via U.S. Mail on the following person:

Garfield Spence
256 Riverwalk Cir.
Sunrise, FL 33326
Tel: (954) 323-0379
E-mail: Garfield_Spence@yahoo.com
*Plaintiff (pro se)*

                                          *John S. Leinicke*
                                          JOHN S. LEINICKE
                                          ASSISTANT UNITED STATES ATTORNEY